**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MORGAN LUCAS, on behalf of minor D.C., individually and on behalf of all others similarly situated,**

**Plaintiff,** **CASE NO.: 2:25-CV-14001**

**v.**

**SOLIX, INC.,**

**Defendant.**
_______________________________________/

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 17, 2026, or as soon thereafter as counsel may be heard, Plaintiff Morgan Lucas, as parent and natural guardian of minor D.C., shall move before the Honorable Susan D. Wigenton, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & United States Courthouse, Newark, New Jersey, for the entry of an Order approving Plaintiff's Unopposed Motion for Approval of the Settlement of a Minor's Claim.

**PLEASE TAKE FURTHER NOTICE** that this motion is made pursuant to Federal Rule of Civil Procedure 17(c) and guided by the standards of N.J. Court Rule 4:44, on the grounds that the proposed settlement is fair, reasonable, and in the best interest of the minor.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Plaintiff Morgan Lucas, as parent and natural guardian of minor D.C., relies upon the accompanying Memorandum of Law, the Certification of Rachel Dapeer, Esq. and the exhibits thereto, and submits a proposed form of Order. This motion is unopposed and is made on the consent of all parties; accordingly, Plaintiff respectfully submits that it may be resolved on the papers pursuant to Fed. R. Civ. P. 78(b) and L. Civ. R. 78.1(b) and does not request oral argument.

DATED: July 24, 2026

Respectfully submitted,

**DAPEER LAW, P.A.**

*/s/ Rachel Dapeer*
Rachel Dapeer
New Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: (732) 655-2119
rachel@dapeer.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2026, the foregoing Notice of Plaintiff's Unopposed Motion for Approval of the Settlement of a Minor's Claim was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties in this action by transmission to all counsel of record by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the Court's ECF system.

*/s/ Rachel Dapeer*
Rachel Dapeer
New Jersey Bar No. 039272011