**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MORGAN LUCAS, on behalf of minor D.C., individually and on behalf of all others similarly situated,**

**Plaintiff,** **CASE NO.: 2:25-CV-14001**

**v.**

**SOLIX, INC.,**

**Defendant.**
________________________________________/

**ORDER APPROVING THE SETTLEMENT OF A MINOR'S CLAIM**

THIS MATTER having been opened to the Court on the unopposed motion of Plaintiff Morgan Lucas, as parent and natural guardian of minor D.C., for approval of the settlement of the minor's claims; and the Court having reviewed the Plaintiff's

Unopposed Motion, the Certification of Rachel Dapeer, Esq. and the exhibits thereto; and the Court having considered the matter and being satisfied that the settlement is fair, reasonable, and in the best interest of the minor; and for good cause shown;

IT IS on this 27th day of July , 2026 ,

**ORDERED as follows:**

1. The settlement of the claims of the minor, D.C., in the amount of $2,500.00 payable to the minor is hereby APPROVED as fair, reasonable, and in the best interest of the minor.

2. The further payment of $11,955.00 as attorneys' fees is APPROVED.

3. The application for reimbursement of costs and expenses in the amount of $545.00 is APPROVED.

4. The $2,500.00 payable to the minor shall be received and safeguarded by Morgan Lucas, the minor's parent and natural guardian, consistent with N.J.S.A. 3B:12-8.

5. Within three (3) business days of Lucas' receipt of the Settlement Funds, Plaintiff shall file a stipulation dismissing the Lawsuit with prejudice as to D.C.'s individual claims and without prejudice to the claims of the putative class.

**SO ORDERED.**

*s/ Susan D. Wigenton*________
**HON. SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**
Dated: July 27, 2026