**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CASE NO.** 2:25-cv-14001

| | |
|---|---|
| MORGAN LUCAS, on behalf of minor D.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>SOLIX, INC.,<br><br>Defendant. | **CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Morgan Lucas, on behalf of minor D.C., pursuant to this Court's Order Approving the Settlement of a Minor's Claim, entered July 27, 2026 (ECF No. 29), hereby voluntarily dismisses the instant action as follows:

1. All individual claims of minor D.C. are hereby dismissed *with prejudice*.
2. All claims of the putative class members are hereby dismissed *without prejudice*.

Respectfully,

*/s/ Rachel Dapeer*
**DAPEER LAW, P.A.**
Rachel Dapeer, Esq.
New Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: (732) 655-2119
Email: rachel@dapeer.com

SO ORDERED.
[signature]
Hon. Susan D. Wigenton
United States District Judge
Dated: August 12, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2026, the foregoing document was electronically filed using the Court's CM/ECF system. Service upon all counsel of record will be effectuated by the Court's electronic notification system.

*/s/ Rachel Dapeer*